UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CRAIG WALKER a/k/a Sharif Abdu-Raheem,

    Plaintiff,

    v.

KAHALAH A. CLAY, COURTNEY CLICK, BARB HILL and JACQUELINE WILLIAMS,

    Defendant.

Case No. 15-cv-550-JPG-SCW

## MEMORANDUM AND ORDER

    This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 27) of Magistrate Judge Stephen C. Williams recommending that the Court grant the defendants' unopposed motion to dismiss (Doc. 26), which Magistrate Judge Williams construed as a motion for summary judgment.

    The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

    The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 27);

- **DIRECTS** the Clerk of Court to change the defendants' names on the docket sheet as directed in footnote 1 of the Report;

- **GRANTS** the defendants' motion for summary judgment (Doc. 26); and

- **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:   March 1, 2017**

                                          s/ J. Phil Gilbert
                                          **J. PHIL GILBERT**
                                          **DISTRICT JUDGE**