UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRAIG WALKER a/k/a Sharif Abdu-Raheem,<br><br>    Plaintiff,<br><br>    v.<br><br>KAHALAH A. CLAY, COURTNEY CLICK,<br>BARB HILL and JACQUELINE WILLIAMS,<br><br>    Defendant. | Case No. 15-cv-550-JPG-SCW |

### JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendants Courtney Click, Barb Hill and Jacqueline Williams and against plaintiff Craig Walker on Count 1 (denial of access to the courts); and

IT IS FURTHER ORDERED AND ADJUDGED that Count 2 (supervisory liability for denial of access to the courts) against defendant Kahalah A. Clay is dismissed without prejudice.

**DATED:**   March 1, 2017            JUSTINE FLANAGAN, Acting Clerk of Court
                                          s/ *Tina Gray*, **Deputy Clerk**


**Approved:**   s/ J. Phil Gilbert
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**